IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLWAVE COMMUNICATIONS LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-1701-RGA |
| AT&T MOBILITY LLC, et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CALLWAVE COMMUNICATIONS LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-1702-RGA |
| SPRINT NEXTEL CORP., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CALLWAVE COMMUNICATIONS LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-1703-RGA |
| T-MOBILE USA INC., et al., | : | |
| Defendants. | : | |

| | : | |
|---|---|---|
| CALLWAVE COMMUNICATIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1704-RGA |
| | : | |
| VERIZON COMMUNICATIONS INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This 29 day of June 2015, upon consideration of the Special Master's Report and Recommendation dated June 1, 2015, and no objections to the Report and Recommendation having been received, IT IS HEREBY ORDERED:

The Report and Recommendation (D.I. 391 in C.A. 12-1701-RGA, D.I. 414 in C.A. 12-1702-RGA, D.I. 307 in C.A. 12-1703-RGA, and D.I. 370 in C.A. 12-1704-RGA) is **ADOPTED**.

United States District Judge